IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNELL FLOURNOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv453-WKW |
| | ) | (WO) |
| EAGLE TOWING CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 14, 2008, the Magistrate Judge filed a Recommendation in this case. (Doc. # 8.) Plaintiff Donnell Flournoy filed an Objection on July 29, 2008. (Doc. # 9.) Upon an independent and *de novo* review of the record, it is ORDERED as follows:

1. Plaintiff's Objection (Doc. # 9) is OVERRULED.

2. The Recommendation (Doc. # 8) is ADOPTED.

3. Plaintiff's federal claims against all named Defendants are DISMISSED without prejudice.[1]

4. The court DECLINES to exercise supplemental jurisdiction over the state law claims, pursuant to 28 U.S.C. § 1367(c)(3), and the state law claims are DISMISSED without prejudice.

---

[1] In his amended complaint (Doc. # 6), Plaintiff states that he is suing Officer Courtney McGee and Sergeant Will Benny in their official capacities. This Order does not affect Plaintiff's rights as to any 42 U.S.C. § 1983 claims which Plaintiff may have against the officers in their individual capacities.

5.   The complaint, as amended, is DISMISSED, without any opportunity for amendment and prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

An appropriate judgment will be entered.

DONE this 5th day of August, 2008.

                        /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE